```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

CMR CONSTRUCTION & ROOFING
LLC and THE ORCHARDS
CONDOMINIUM ASSOCIATION,
INC.,

       Plaintiffs,

v.                                 Case No:  2:20-cv-422-JES-KCD

THE ORCHARDS CONDOMINIUM
ASSOCIATION, INC., EMPIRE
INDEMNITY INSURANCE COMPANY,
CMR CONSTRUCTION & ROOFING
LLC, and MARK JOHNSON,
individually,

       Defendants.
_____

THE ORCHARDS CONDOMINIUM
ASSOCIATION, INC.,

       Plaintiff,

v.                                 Case No:  2:20-cv-564-FtM-29MRM

EMPIRE INDEMNITY INSURANCE
COMPANY and CMR CONSTRUCTION
& ROOFING LLC,

       Defendants.
_____

CMR CONSTRUCTION & ROOFING,
LLC, a/a/o The Orchards
Condominium Association,
Inc.,

       Plaintiff,

v.                                 Case No:  2:20-cv-917-FtM-29MRM

```
EMPIRE  INDEMNITY  INSURANCE
COMPANY,

        Defendant.
_____
```

**ORDER**

This matter comes before the Court on CMR Construction and Roofing, LLC and Empire Indemnity Insurance Company's Motion to Strike the Orchards Condominium Association, Inc.'s Motions for Summary Judgment for Filing Multiple Summary Judgments and Exceeding Page Limitations Without Leave of Court in Violation of Case Management Order and Local Rule 3.01 (Doc. #163) filed on April 6, 2023.  As responses are due on or before May 5, 2023, under the Court's Order (Doc. #155), the Court will require an expedited response to the motion to strike.

Accordingly, it is hereby

**ORDERED**:

CMR Construction and Roofing, LLC and Empire Indemnity Insurance Company's Motion to Strike the Orchards Condominium Association, Inc.'s Motions for Summary Judgment for Filing Multiple Summary Judgments and Exceeding Page Limitations Without Leave of Court in Violation of Case Management Order and Local Rule 3.01 (Doc. #163) is **TAKEN UNDER ADVISEMENT**.  The Orchards

Condominium Association, Inc. shall file an response regarding the multiple filings **on or before April 12, 2023.**

**DONE and ORDERED** at Fort Myers, Florida, this __7th__ day of April 2023.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

- 3 -